# UNITED STATES DISTRICT COURT
**District of Kansas**
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 21-20027-JAR/JPO

**G'ANTE BUTLER,**
**ZARION BUTLER,**
**NADARIUS BARNES,**
**CHASE LEWIS,**
**and**
**DONNELL L. HALL,**

**Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

**COUNT 1**

**FORCIBLE ASSAULT OF A FEDERAL OFFICER**
**[18 U.S.C. §§ 111(b) and 2]**

On or about August 3, 2020, in the District of Kansas, the defendants,

**G'ANTE BUTLER,**
**ZARION BUTLER,**
**NADARIUS BARNES,**
**CHASE LEWIS,**
**and**

**DONNELL L. HALL,**

forcibly assaulted Nicholas Graham, Bruce Coleman, Jamie Miller, Jakob Blackman, Lennea Gordon, Nathan Doleshal, and Frank Preston, all of whom were either Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents or federally deputized task force officers, and in the commission of that forcible assault used a deadly weapon, while the aforementioned ATF Special Agents and federally deputized task force officers were engaged in the performance of their official duties.

In violation of Title 18, United States Code, Sections 111(a)(1), 111(b), and 2.

## COUNT 2

**USE OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE**
**[18 U.S.C. § 924(c)(1)(A)(iii)]**

On or about August 3, 2020, in the District of Kansas, the defendants,

**G'ANTE BUTLER,**
**ZARION BUTLER,**
**NADARIUS BARNES,**
**CHASE LEWIS,**
**and**
**DONNELL L. HALL,**

knowingly used, carried, and discharged firearms, during and in relation to the forcible assault of the ATF Special Agents and federally deputized task force officers listed in Count 1, a crime of violence for which they may be prosecuted in a court of the United States, and possessed firearms, which were discharged, in furtherance of that crime of violence.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## FORFEITURE NOTICE

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses identified in Counts 1 or 2 of this Indictment, the defendants,

**G'ANTE BUTLER,**
**ZARION BUTLER,**
**NADARIUS BARNES,**
**CHASE LEWIS,**
**and**
**DONNELL L. HALL,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses, including, but not limited to:

a. a .40 caliber pistol (identified as a Glock, Model 22, with serial number ETB350), seized by law enforcement on August 10, 2020;

b. a 9mm pistol (identified as a Glock, Model 17, with serial number VPT146), seized by law enforcement on November 12, 2020; and

c. any seized ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

June 2, 2021 — DATE

s/Foreperson — FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: *Trent M. Krug*
TRENT M. KRUG
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Trent.Krug@usdoj.gov
Ks. S. Ct. No. 19454

By: *Faiza H. Alhambra*
FAIZA H. ALHAMBRA
Assistant U.S. Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Faiza.Alhambra@usdoj.gov
Ks. S. Ct. No. 24525

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1: Forcible Assault of a Federal Officer, 18 U.S.C. §§ 111(a), 111(b), and 2.**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 111(b).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 2: Use of a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(iii). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.