SEALED

FILED
JUN 18 2021
TIMOTHY M. O'BRIEN CLERK
By ____ Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(Kansas City Docket)**

**UNITED STATES OF AMERICA**
**Plaintiff,**

**v.**

**CHASE LEWIS,**
**Defendant.**

**Case No.** 21-20027-04-JAR/JPO

UNITED STATES MARSHAL
RECEIVED
JUN 04 2021
KANSAS CITY, KS

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

CHASE LEWIS, who is accused of an offense or violation based on the following document filed with the court:

- [X] Indictment
- [ ] Superseding Information
- [ ] Supervised Release Violation Petition
- [ ] Superseding Indictment
- [ ] Complaint
- [ ] Violation Notice
- [ ] Information
- [ ] Probation Violation Petition
- [ ] Order of the Court

This offense is briefly described as follows:

Ct. 1: 18 U.S.C. §§ 111(a)(1), 111(b), and 2 – Forcible Assault of a Federal Officer;
Ct. 2: 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2 – Use of a Firearm in Furtherance of a Crime of Violence;
Forfeiture Allegation

Date: 6/3/2021

s/ C. Abraham, deputy clerk
*Issuing officer's signature*

City and State: Kansas City, KS

Timothy M. O'Brien - Clerk
*Printed name and title*

**Return**

This warrant was received on (*date*) 6/18/21, and the person was arrested on (*date*) 6/18/21

at (*city and state*) Kansas City Kansas

Date: 6/18/21

[signature]
*Arresting officer's signature*

Larry Duncan DUSM
*Printed name and title*