**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

**UNITED STATES OF AMERICA,** **Faiza Alhambra, AUSA**

**Plaintiff,**

**v.** **Case No: 21-cr-20027-JAR-JPO-4**

**CHASE LEWIS,** **Jane Francis, CJA**

**Defendant.**

| | | | |
|---|---|---|---|
| **JUDGE:** | **Judge James** | **DATE:** | **6/18/2021** |
| **CLERK:** | **Teddy Van Ness** | **TAPE/REPORTER:** | **FTR Network TJJ @ 1:10 PM** |
| **INTERPRETER:** | **N/A** | **PROBATION:** | **Amanda Hudson** |
| **TIME IN COURT:** | **12 minutes** | | |

**PROCEEDINGS**

☒**Initial Rule 5/Rule 5(c)(3)** ☐Initial Revocation Hearing ☐Bond Hearing
☐Detention Hearing ☐Preliminary Hearing ☐Bond Revocation Hearing
☒**Arraignment**
☐Discovery Conference
☐Violations explained to defendant ☒**Defendant sworn/examined re: financial status**
☒**Counsel previously appointed**

☐Constitutional Rights Explained
☒**Felony** ☐Misdemeanor
☐Declines to Waive Indictment ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment ☐Information filed Click here to enter text.
☐Advised of Rights Under Rule _______
☐Signed Consent to Transfer ______

☒ **Waived Reading of:** ☐ **Read to Defendant:**
☒ **Indictment**
☐ **Information**
☒ **Counts: 1, 2**
☐**Guilty** ☒**Not Guilty**
☐Bail Revoked
☐Bail Fixed at: $____________
☐Release Order executed
☐Continued on present bond
☒**Due Process Protections Act (Brady v. Maryland)**
☒**Remanded to Custody pending detention hearing.**
☒**Case Management Order will be issued by Magistrate Judge James.**
☒ **Detention hearing set for June 21, 2021 at 3:00pm in courtroom 223 before Judge O'Hara.**
☒ **Status Hearing set for July 13, 2021 at 9:00 a.m. by telephone before Chief Judge Robinson.**